JOHN W. HUBER, United States Attorney (#7226)
VICTORIA K. McFARLAND, Special Assistant United States Attorney (#14411)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT JOSEPH ALEXANDER and JENNIFER JEAN NIELSEN,<br><br>Defendant. | **INDICTMENT**<br><br>VIOLATIONS:<br>Count I: 18 U.S.C. § 641, Theft of Government Property;<br>Count II: 18 U.S.C. §641, Theft of Government Money.<br><br>Case: 1:18-cr-00047<br>Assigned To : Parrish, Jill N.<br>Assign. Date : 5/30/2018<br>Description: USA v. Alexander et al |

The Grand Jury Charges:

## COUNT I
18 U.S.C. § 641
(Theft of Government Property)

Beginning on or about November 29, 2017 and continuing through April 26, 2018, in the Northern Division of the District of Utah,

ROBERT JOSEPH ALEXANDER and JENNIFER JEAN NIELSEN,

defendants herein, did willfully and knowingly convert to their own use, property belonging to the United States Forrest Service, a department or agency of the United

States, in an amount greater than $1,000.00, and did aid and abet therein; all in violation of 18 U.S.C. § 641 and 18 U.S.C. § 2.

## COUNT II
18 U.S.C. § 641
(Theft of Government Money)

Beginning on or about December 15, 2017, in the Northern Division of the District of Utah,

ROBERT JOSEPH ALEXANDER,

defendant herein, did willfully and knowingly steal money of the General Services Administration, a department or agency of the United States, in the amount greater than $1,000.00, all in violation of 18 U.S.C. § 641.

A TRUE BILL:

/s/
_____
FOREPERSON OF GRAND JURY

JOHN W. HUBER
United States Attorney

*Victoria K. McFarland*
VICTORIA K. McFARLAND
Special Assistant United States Attorney

2